No. 1395. DESAPIO v. UNITED STATES. C. A. 2d Cir. Motion of petitioner for leave to copy briefs for respondent in No. 825, October Term, 1970, granted. MR. JUSTICE WHITE took no part in the consideration or decision of this motion.

No. 5798. ARGERSINGER v. HAMLIN, SHERIFF. Sup. Ct. Fla. [Certiorari granted, 401 U. S. 908.] Motion of National Legal Aid & Defender Assn. to dispense with printing brief as amicus curiae granted.

No. 6046. LEGO v. TWOMEY, WARDEN. C. A. 7th Cir. [Certiorari granted, 401 U. S. 992.] Motion of petitioner for appointment of counsel granted. It is ordered that Nathan Lewin, Esquire, of Washington, D. C., a member of the Bar of this Court, be, and he is hereby, appointed to serve as counsel for petitioner in this case.

No. 6464. EISENHARDT v. UNITED STATES; and

No. 6765. DAVIS v. CALIFORNIA ADULT AUTHORITY ET AL. Motions for leave to file petitions for writs of habeas corpus denied.

No. 6697. DIXON v. GORDON, U. S. DISTRICT JUDGE, ET AL. Motion for leave to file petition for writ of mandamus denied.

No. 1412. SCHILB ET AL. v. KUEBEL. Appeal from Sup. Ct. Ill. Probable jurisdiction noted.

No. 1420. NATIONAL LABOR RELATIONS BOARD v. NASH-FINCH CO., DBA JACK & JILL STORES. C. A. 8th Cir. Certiorari granted.